TFH
EEN: USAO 2025R00227

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. LKG-25-cr-164 |
| | * | |
| **AARON CROOM,** | * | (Involuntary Manslaughter, |
| | * | 18 U.S.C. §§ 7 and 1112(b); |
| **Defendant** | * | Driving Under the Influence of |
| | * | Alcohol, 36 C.F.R. § 4.23; Reckless |
| | * | Driving, 36 C.F.R. § 4.2, Assimilating |
| | * | Md. Transp. Art. § 21-901.1; Leaving |
| | * | the Scene of a Crash Resulting in |
| | * | Death, 36 C.F.R. § 4.2, Assimilating |
| | * | Md. Transp. Art. § 20-102(b)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
### (Involuntary Manslaughter)

The Grand Jury for the District of Maryland charges that:

On or about April 18, 2025, in the District of Maryland, the defendant,

**AARON CROOM,**

on lands within the special maritime and territorial jurisdiction of the United States, did unlawfully kill Victim One, a thirteen-year-old male, in the commission of an unlawful act not amounting to a felony, to wit: (1) operating a motor vehicle while the alcohol concentration in his blood was 0.08 grams or more of alcohol per 100 milliliters of blood, and (2) driving a vehicle in a manner that indicated a wanton and willful disregard for the safety of persons and property, in violation of 36 C.F.R. §§ 4.23 and 4.2, assimilating Md. Transp. Art. § 21-901.1(a).

18 U.S.C. § 1112(b)
18 U.S.C. § 7

## COUNT TWO
### (Involuntary Manslaughter)

The Grand Jury for the District of Maryland further charges that:

On or about April 18, 2025, in the District of Maryland, the defendant,

### AARON CROOM,

on lands within the special maritime and territorial jurisdiction of the United States, did unlawfully kill Victim Two, a ten-year-old female, in the commission of an unlawful act not amounting to a felony, to wit: (1) operating a motor vehicle while the alcohol concentration in his blood was 0.08 grams or more of alcohol per 100 milliliters of blood, and (2) driving a vehicle in a manner that indicated a wanton and willful disregard for the safety of persons and property, in violation of 36 C.F.R. §§ 4.23 and 4.2, assimilating Md. Transp. Art. § 21-901.1(a).

18 U.S.C. § 1112(b)
18 U.S.C. § 7

## COUNT THREE
### (Driving Under the Influence of Alcohol)

The Grand Jury for the District of Maryland further charges that:

On or about April 18, 2025, in the District of Maryland, the defendant,

**AARON CROOM,**

on lands administered by the National Park Service, did operate a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation and while the alcohol concentration in his blood was 0.08 grams or more of alcohol per 100 milliliters of blood.

36 C.F.R. § 4.23

## COUNT FOUR
### (Reckless Driving)

The Grand Jury for the District of Maryland further charges that:

On or about April 18, 2025, in the District of Maryland, the defendant,

### AARON CROOM,

on lands administered by the National Park Service, did drive a motor vehicle in a manner that indicated a wanton and willful disregard for the safety of persons and property.

36 C.F.R. § 4.2,
Md. Transp. Art. § 21-901.1(a)

## COUNT FIVE
**(Leaving the Scene of an Accident Resulting in Death)**

The Grand Jury for the District of Maryland further charges that:

On or about April 18, 2025, in the District of Maryland, the defendant,

**AARON CROOM,**

on lands administered by the National Park Service, was involved in an accident that resulted in the death of another person and failed to return to and remain at the scene of that accident.

36 C.F.R. § 4.2,
Md. Transp. Art. § 20-102(b)

_____
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: May 29, 2025